IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| DON KING PRODUCTIONS, INC.<br><br>Plaintiff,<br><br>v.<br><br>JUAN CARLOS RODRIGUEZ, ET. ALS.<br><br>Defendants. | CIVIL NO. 05-1589 (JAF)<br><br>RE: CIVIL ACTION |

# ORDER

To: **LIBERTY CABLEVISION**

You are ordered to provide a copy of any or all contracts or agreements in your posession regarding any cable TV, Satellite or Pay Per View service with any of the following persons effective by **October 2, 2004**:

**Antolín Albino Rentas and/or Carmen Teissonniere, D/B/A "Colmado y Barra El Pinito"**

**All documents must be notified to Carlos García-Morales, Esq.** at the following address: PO BOX 800296, COTO LAUREL, PR 00780-0296.

IT IS SO ORDERED.

Dated this, 17th day of May, 2006.

S/Jose Antonio Fuste
JOSE ANTONIO FUSTE
Chief U. S. District Judge